UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CV-00218-BR

| | | |
|---|---|---|
| ARNOLDO REYES CALDERON, | ) | |
| ELIAS SALOMON CORTES DE LEON, | ) | |
| ROCAEL ARTEMIO MALDONADO, | ) | |
| ELISEO CALDERON MONSON, | ) | |
| BYRON COLOMO RIVAS, | ) | |
| JULIO PEREZ RODRIGUEZ, | ) | |
| SABLO CALDERON SIGUENZA, | ) | |
| JORGE VASQUEZ, | ) | |
| | ) | |
| Plaintiffs | ) | ORDER |
| | ) | |
| v. | ) | |
| SG OF RALEIGH, | ) | |
| JOHN GEORGEDAKIS, | ) | |
| BILINGUAL HUMAN RESOURCES | ) | |
| CONSULTANTS, INC., | ) | |
| MIGUEL ALECIO, | ) | |
| TAMMY ALECIO, | ) | |
| | ) | |
| Defendants | ) | |

Upon joint motion to strike the original settlement agreement (DE #32) and to terminate the joint motion for approval of the same (DE #30), the Clerk is DIRECTED to strike from the record DE #32 and terminate as moot DE #30.

This 17 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge